IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ERIC LESLIE, | ) |
| | ) |
| Plaintiff, | )  Case No. 3:16-cv-00650-CRS |
| | ) |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Eric Leslie, and the Defendant, Equifax Information Services, LLC, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax Information Services, LLC, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

February 21, 2017

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**